JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MAKAYLA MCCANLESS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ELEEO BRANDS,

Defendant.

Case No. 2:26-cv-03489-KK-MBK

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Judge: Hon. Kenly Kiya Kato

# ORDER

The Court has considered the Joint Stipulation of Dismissal (ECF No. 42) filed by Plaintiff Makayla McCanless and Defendant Eleeo Brands, LLC under Federal Rule of Civil Procedure 41(a)(1 )(A )(i i) . No class has been certified. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's individual claims are DISMISSED WITH PREJUDICE.

2. The claims of the putative class members are DISMISSED WITHOUT PREJUDICE.

3. Each party shall bear its own attorneys' fees and costs.

4. Plaintiff shall not file the First Amended Class Action Complaint authorized by the Court's November 20, 2026 Order (ECF No. 41), and the deadline to file it is moot.

5. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: November 24, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE